In the Matter of MAURICE CALLAHAN et al., Copartners under the Trade Name of THE RAQUETTE LAKE SUPPLY COMPANY, Respondents.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

Submitted October 20, 1941; decided January 8, 1942.

*John J. Bennett, Jr., Attorney-General (A. C. Taylor* and *Henry Epstein* of counsel), for motion.

*J. Theodore Cross* and *Francis C. Steates* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground there has not been a final determination of the action or special proceeding within the meaning of the Constitution.